John MAHONEY, respt., v. Ellsworth D. FORER, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order modified, by restricting the examination so as to show who were the contracting parties,

160 N.Y.S.—72

*Re-reported with opinion in 162 N. Y. Supp. 996.

whether the copartnership, or the defendant alone, and, as so modified, affirmed, without costs of this appeal to either party. All concur.